MAX KAPLAN and JACOB KAPLAN, Appellants, v. T. GAINES AMERY, INC., and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE LAMSON COMPANY, INC., Appellant, v. THAMES COMMERCIAL CORPORATION and IRA KAVANAU, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMERCIAL UNION ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Respondent, v. MABELL GREEN and Others, as Executors etc., of HENRY GREEN, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ESTELLE R. LEFKOWITZ and DORA LEFKOWITZ, Respondents, v. MICHAEL BERNSTEIN, Appellant, Impleaded with DANIEL M. LEFKOWITZ and Another, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O Malley, Sherman and Townley, JJ.

THE FLINTKOTE CO., INC., Respondent, v. JOHNSTOWN BUILDERS SUPPLY CORPORATION, Defendant, Impleaded with GRIEME LUMBER AND SUPPLY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BOHUMIL MARSHIK and TERESA MARSHIK, Appellants, v. DOROME, INC., and Others, Defendants, Impleaded with GELLIM HOLDING CORPORATION and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NORMAN D. JACOBS, Respondent, v. LANSDONNE CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SCHWARTZ, Appellant.— Judgment modified by reducing sentence to the time already served,